### Henry C. Bass, appellee, v. Malachi W. Michaels, appellant.

Action to recover damages for criminal conversation with plaintiff's wife, and alienation of her affections. Judgment for plaintiff.

Appeal from the Circuit Court of Marion county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the October term, 1919. ·Affirmed. Opinion filed March 25, 1920.

Noleman & Smith and Wilson & Couchman, for appellant. Kagy & Vandervort and George W. Smith, for appellee.

Mr. Justice Higbee delivered the opinion of the court.